UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| **ROBB, RICHARD L** ) | Case No. 04-32785 | |
| **ROBB, CHARLENE M** ) | | |
| Debtor(s). ) | Hon. **A. BENJAMIN GOLDGAR** | |

**Notice of Trustee's Final Report, Hearing on Applications for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:  Park City Branch Court, Courtroom B, 301 Greenleaf Ave., Park City, Il 60085
   On: **December 5, 2008**     Time: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
   Receipts                                                                $41,289.17
   Disbursements                                                       $34,083.04
   Net Cash Available for Distribution                           $7,206.13

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH E. COHEN<br>*Trustee Compensation* | $0.00 | $4,407.99 | $0.00 |
| COHEN & KROL<br>*Attorney for Trustee* | $0.00 | $1,277.00 | $0.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%. Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

7.  Claims of general unsecured creditors totaling $79,836.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 1.91%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Worldfnclnetworkntnlbank-Lane Bryant | $90.41 | $1.72 |
| 000002 | Citibank South Dakota N A | $1,996.10 | $38.03 |
| 000004 | Chase Manhattan Bank Usa Na | $2,997.89 | $57.12 |
| 000005 | Monogram Credit Card Bank Of Georgia | $452.56 | $8.62 |
| 000006 | Smc | $552.72 | $10.53 |
| 000007 | Kohls | $1,420.01 | $27.06 |
| 000008 | Discover Financial Services | $15,377.69 | $292.99 |
| 000009 | Citibank/Choice | $5,901.06 | $112.43 |
| 000010 | Citibank N.A. | $21,438.67 | $408.48 |
| 000011 | American Express Travel Related | $14,086.96 | $268.40 |
| 000012 | American Express Centurion Bank | $5,587.13 | $106.45 |
| 000013 | Mbna America Bank | $3,444.76 | $65.63 |
| 000014 | Ecast Settlement Corporation | $6,490.80 | $123.68 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the

fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) have not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **October 28, 2008**   For the Court,

By: **KENNETH S. GARDNER**
CLERK OF BANKRUPTCY COURT

Trustee: Joseph E. Cohen
Cohen & Krol
Address: 105 West Madison Street
Suite 1100
Chicago, IL  60602-0000
Phone No.: (312) 368-0300

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                   Date Rcvd: Oct 28, 2008
Case: 04-32785                Form ID: pdf002              Total Served: 37


The following entities were served by first class mail on Oct 30, 2008.
db           +Richard L Robb,    176 West Saratoga Court,    Vernon Hills, Il 60061-1373
jdb          +Charlene M Robb,    176 West Saratoga Court,    Vernon Hills, Il 60061-1373
aty          +Gina B Krol,   Cohen & Krol,    105 West Madison St Ste 1100,    Chicago, IL 60602-4600
aty          +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty          +Linda M Kujaca,    P.O. Box 254,    Wood Dale, IL 60191-0254
aty          +Richard T Jones,    138 Cass Street,    Woodstock, IL 60098-3254
tr           +Joseph E Cohen,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
8454433      +American Express,    c/o Becket & Lee,    POB 3001,    Malvern, PA 19355-0701
8892354       American Express Centurion Bank,    c/o Becket and Lee, LLP,    Attorneys/Agent for Creditor,
               P.O. Box 3001,    Malvern, PA 19355-0701
8892330       American Express Travel Related Services Co., Inc.,    c/o Becket and Lee, LLP,
               Attorneys/Agent for Creditor,    P.O. Box 3001,    Malvern, PA 19355-0701
8454434       Bank One,   Card Member Service,    Post Office Box 50882,    Henderson, NV 89016-0882
8454435       Capital One,    1957 Westmoreland Road,    Post Office Box 26094,    Richmond, VA 23260-6094
8454436       Carson Pirie Scott,    Post Office Box 17633,    Baltimore, MD 21297-1633
8454437       Chase Card Service,    Post Office Box 15129,    Wilmington, DE 19850-5129
8838377      +Chase Manhattan Bank USA NA,    Po Box 52176,    Phoenix, AZ 85072-2176
8454438       Citgo,   Post Office Box 9095,    Des Moines, IA 50368-9095
8889129      +Citibank N.A.,    Citibank/Choice,    Exception Payment Processing,    Po Box 6305,
               The Lakes , NV 88901-6305
8454439      +Citibank South Dakota N A,    Assoc Citgo Payment Center,    4300 Westown Parkway,
               West Des Moines, IA 50266-1266
8827098       Citibank/Choice,    P O Box 6305,    The Lakes, NV 88901-6305
8454440      +Citicard,   Post Office Box 6273,    Sioux Falls, SD 57117-6273
8454441       Citifinancial,    311 E. Northwest Highway,    Post Office Box 2269,
               Palatine, Illinois 60078-2269
8454443      +Exxon/Mobil,    Post Office Box 103031,    Roswell, Georgia 30076-9031
8827099       Harris Bank,    Bankcard Services,    Post Office Box 15137,    Wilmington, DE 19886-5137
8454444       Household Finance,    Post Office Box 17574,    Baltimore, MD 21297-1574
9010699       Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,
               P.O. Box 35480,    Newark, NJ 07193-5480
8454445      +Kohls,   c/o Creditors Bankruptcy Services,    Po Box 740933,    Dallas, TX 75374-0933
8454446      +Lane Bryant,    Post Office Box 659562,    San Antonio, TX 78265-9562
8454447      +MBNA America Bank,    Post Office Box 15168 MS 1423,    Wilmington, DE 19850-5168
8454448      +North Shore Bank,    15700 West Bluemond, #100,    Brookfield, WI 53005-6024
8454449       Retailers National Bank,    c/o Marshall Fields Credit Serv.,    Post Office Box 1581,
               Minneapolis, MN 55440-1581
8854900      ++SMC,   PO BOX 19249,    SUGAR LAND TX 77496-9249
              (address filed with court:   SMC,    c/o Carson Pirie Scott,    Po Box 19249,    Sugar Land, TX 77496)
8454450       Wells Fargo Financial,    Post Office Box 98798,    Las Vegas, NV 89193-8798
8454451      +Wells Fargo Home Mortgage,    Bankruptcy Department,    3476 State View Blvd.,
               Fort Mill, South Carolina 29715-7203
8829261      +WorldFnclNetworkNtnlBank-Lane Bryant Retail,    World Financial Network National Bank,
               c/o Weinstein & Riley, P.S.,    2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
11102858      eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480

The following entities were served by electronic transmission on Oct 29, 2008.
8454442       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 29 2008 06:00:49     Discover Financial Services,
               Post Office Box 8003,    Hilliard, Ohio 43026
8851299      +E-mail/PDF: gecsedi@recoverycorp.com Oct 29 2008 05:47:35
               Monogram Credit Card Bank of Georgia,    dba MOBIL,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, Florida 33131-1605
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8827097*      Capital One,    1957 Westmoreland Road,    Post Office Box 26094,    Richmond, VA 23260-6094
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7            Page 2 of 2            Date Rcvd: Oct 28, 2008
Case: 04-32785                Form ID: pdf002        Total Served: 37
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 30, 2008**               **Signature:**   *Joseph Speetjens*