# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | Case No. 04-32785 ABG |
| ROBB, RICHARD L | § | |
| ROBB, CHARLENE M | § | |
| Debtor(s) | § | |
| | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
## CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/JOSEPH E. COHEN_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Citifinancial 311 E. Northwest Highway Post Office Box 2269 Palatine, IL 60078-2269 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| North Shore Bank 15700 West Bluemond, #100 Brookfield, WI 53005 | | | | | |
| Wells Fargo Home Mortgage Bankruptcy Department 3476 State View Blvd. Fort Mill, South Carolina 29715 | | | | | |
| NORTH SHORE BANK | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |

Case 04-32785    Doc 42    Filed 11/24/09    Entered 11/24/09 13:27:25    Desc Main
            Document      Page 5 of 15

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Bank One Card Member Service Post Office Box 50882 Henderson, NV 89016-0882 | | | | | |
| Capital One 1957 Westmoreland Road PO Box 26094 Richmond, VA 23260-6094 | | | | | |
| Capital One 1957 Westmoreland Road Post Office Box 26094 Richmond, VA 23260-6094 | | | | | |
| Citgo PO Box 9095 Des Moines, IA 50368-9095 | | | | | |
| Citibank PO Box 8108 S Hackensack, NJ 07606-8001 | | | | | |
| Retailers National Bank c/o Marshall Fields Credit Serv. PO Box 1581 Minneapolis, MN 55440-1581 | | | | | |
| Wells Fargo Financial PO Box 98798 Las Vegas, NV 89193-8798 | | | | | |
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| AMERICAN EXPRESS TRAVEL RELATED SER | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE MANHATTAN BANK USA NA | | | | | |
| CITIBANK N.A. | | | | | |
| CITIBANK SOUTH DAKOTA N A | | | | | |
| CITIBANK/CHOICE | | | | | |
| DISCOVER FINANCIAL SERVICES | | | | | |
| ECAST SETTLEMENT CORPORATION | | | | | |
| KOHLS | | | | | |
| MBNA AMERICA BANK | | | | | |
| MONOGRAM CREDIT CARD BANK OF GEORGI | | | | | |
| SMC | | | | | |
| WORLDFNCLNETWORKNTNLBANK-LANE BRYAN | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 04-32785 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | ROBB, RICHARD L | | Date Filed (f) or Converted (c): | 09/03/04 (f) |
| | ROBB, CHARLENE M | | 341(a) Meeting Date: | 10/21/04 |
| For Period Ending: | 10/28/09 | | Claims Bar Date: | 03/23/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 185,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. CHECKING | 75.96 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 141.78 | 0.00 | | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | 0.00 |
| 5. BOOKS | 150.00 | 0.00 | | 0.00 | 0.00 |
| 6. APPAREL | 300.00 | 0.00 | | 0.00 | 0.00 |
| 7. JEWELRY | 50.00 | 0.00 | | 0.00 | 0.00 |
| 8. SPORTS EQUIPMENT | 25.00 | 0.00 | | 0.00 | 0.00 |
| 9. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10. PENSION | 205.81 | 0.00 | | 0.00 | 0.00 |
| 11. SOCIAL SECURITY | 2,162.00 | 0.00 | | 0.00 | 0.00 |
| 12. VEHICLE | 3,500.00 | 0.00 | | 0.00 | 0.00 |
| 13. BOAT | 60,000.00 | 15,000.00 | | 41,120.86 | 0.00 |
| 14. COMPUTER | 75.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 169.73 | FA |
| TOTALS (Excluding Unknown Values) | $252,185.55 | $15,000.00 | | $41,290.59 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO SELL BOAT AND INVESTIGATING VALUE OF REAL ESTATE. BOAT HAS SOLD. TRUSTEE WILL REVIEW CLAIMS THAT WERE FILED. TRUSTEE PREPARING FINAL REPORT. FINAL REPORT PREPARED AND SUBMITTED FOR REVIEW. FI NAL REPORT FILED.

LFORM1

UST Form 101-7-TDR (4/1/2009) *(Page: 8)*

Ver: 14.31c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 04-32785   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:   JOSEPH E. COHEN |
| Case Name: | ROBB, RICHARD L | Date Filed (f) or Converted (c):   09/03/04 (f) |
| | ROBB, CHARLENE M | 341(a) Meeting Date:   10/21/04 |
| | | Claims Bar Date:   03/23/05 |

Initial Projected Date of Final Report (TFR): 10/31/05     Current Projected Date of Final Report (TFR): 10/30/08

Case 04-32785   Doc 42   Filed 11/24/09   Entered 11/24/09 13:27:25   Desc Main
Document      Page 10 of 15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-32785 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | ROBB, RICHARD L | | Bank Name: | BANK OF AMERICA, N.A. |
| | ROBB, CHARLENE M | | Account Number / CD #: | *******9023  BofA - Money Market Account |
| Taxpayer ID No: | *******2787 | | | |
| For Period Ending: | 10/28/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/11/05 | 13 | SKIPPER BUD'S OF ILLINOIS, INC. | Proceeds of sale of boat | 1129-000 | 37,742.86 | | 37,742.86 |
| 03/21/05 | 000301 | NORTH SHORE BANK | Payoff of boat lien | 4210-000 | | 34,065.51 | 3,677.35 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.00 | | 3,679.35 |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.75 | | 3,680.10 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.79 | | 3,680.89 |
| 06/23/05 | 13 | SKIPPER BUD'S OF ILLINOIS, INC. | | 1129-000 | 3,378.00 | | 7,058.89 |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.85 | | 7,059.74 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 1.49 | | 7,061.23 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 3.61 | | 7,064.84 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 3.48 | | 7,068.32 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 3.60 | | 7,071.92 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 3.49 | | 7,075.41 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 3.60 | | 7,079.01 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.600 | 1270-000 | 3.61 | | 7,082.62 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.05 | | 7,087.67 |
| 03/14/06 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 5.41 | 7,082.26 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.02 | | 7,088.28 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.82 | | 7,094.10 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.03 | | 7,100.13 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.84 | | 7,105.97 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.04 | | 7,112.01 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.04 | | 7,118.05 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.85 | | 7,123.90 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.06 | | 7,129.96 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.86 | | 7,135.82 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.06 | | 7,141.88 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 6.07 | | 7,147.95 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 5.48 | | 7,153.43 |
| 03/01/07 | 000303 | International Sureties, Ltd. | Bond premium | 2300-000 | | 5.76 | 7,147.67 |
| | | Suite 500 | | | | | |

LFORM2T4
UST Form 101-7-TDR (4/1/2009) (Page: 10)

Ver: 14.31c

FORM 2 Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-32785 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | ROBB, RICHARD L | | Bank Name: | BANK OF AMERICA, N.A. |
| | ROBB, CHARLENE M | | Account Number / CD #: | *******9023 BofA - Money Market Account |
| Taxpayer ID No: | *******2787 | | | |
| For Period Ending: | 10/28/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 203 Carondelet St. | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.07 | | 7,153.74 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.89 | | 7,159.63 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.08 | | 7,165.71 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 5.88 | | 7,171.59 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.10 | | 7,177.69 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 6.10 | | 7,183.79 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.57 | | 7,188.36 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 4.58 | | 7,192.94 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 3.84 | | 7,196.78 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 3.44 | | 7,200.22 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 2.85 | | 7,203.07 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 1.71 | | 7,204.78 |
| 03/25/08 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 6.36 | 7,198.42 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.70 | | 7,200.12 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.48 | | 7,201.60 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.91 | | 7,202.51 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.90 | | 7,203.41 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.92 | | 7,204.33 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.91 | | 7,205.24 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 0.89 | | 7,206.13 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.70 | | 7,206.83 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.58 | | 7,207.41 |
| 12/08/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 7,207.55 |
| 12/08/08 | | Transfer to Acct #*******0847 | Final Posting Transfer | 9999-000 | | 7,207.55 | 0.00 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-32785 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | ROBB, RICHARD L | Bank Name: | BANK OF AMERICA, N.A. |
| | ROBB, CHARLENE M | Account Number / CD #: | *******9023 BofA - Money Market Account |
| Taxpayer ID No: | *******2787 | | |
| For Period Ending: | 10/28/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******9023

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Balance Forward | 0.00 | | | | |
| 2 | Deposits | 41,120.86 | 4 | Checks | 34,083.04 | |
| 46 | Interest Postings | 169.73 | 0 | Adjustments Out | 0.00 | |
| | | | 1 | Transfers Out | 7,207.55 | |
| | Subtotal | $ 41,290.59 | | | | |
| | | | | Total | $ 41,290.59 | |
| 0 | Adjustments In | 0.00 | | | | |
| 0 | Transfers In | 0.00 | | | | |
| | Total | $ 41,290.59 | | | | |

FORM 2      Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 04-32785 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ROBB, RICHARD L | Bank Name: | BANK OF AMERICA, N.A. |
| | ROBB, CHARLENE M | Account Number / CD #: | *******0847 BofA - Checking Account |
| Taxpayer ID No: | *******2787 | | |
| For Period Ending: | 10/28/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/08/08 | | Transfer from Acct #*******9023 | Transfer In From MMA Account | 9999-000 | 7,207.55 | | 7,207.55 |
| 12/15/08 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 4,407.99 | 2,799.56 |
| 12/15/08 | 003002 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 491.34 | 2,308.22 |
| 12/15/08 | 003003 | Joseph E. Cohen | Attorney for Trustee fees | 3110-000 | | 245.66 | 2,062.56 |
| 12/15/08 | 003004 | Citibank South Dakota N A<br>Assoc Citgo Payment Center<br>4300 Westown Parkway<br>West Des Moines, IA 50266 | Claim 000002, Payment 2.58354% | 7100-000 | | 51.57 | 2,010.99 |
| 12/15/08 | 003005 | Chase Manhattan Bank USA NA<br>Po Box 52176<br>Phoenix, AZ 85072 | Claim 000004, Payment 2.58348% | 7100-000 | | 77.45 | 1,933.54 |
| 12/15/08 | 003006 | Monogram Credit Card Bank of Georgia<br>dba MOBIL<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Florida 33131 | Claim 000005, Payment 2.58308% | 7100-000 | | 11.69 | 1,921.85 |
| 12/15/08 | 003007 | SMC<br>c/o Carson Pirie Scott<br>Po Box 19249<br>Sugar Land, TX 77496 | Claim 000006, Payment 2.58359% | 7100-000 | | 14.28 | 1,907.57 |
| 12/15/08 | 003008 | Kohls<br>c/o Creditors Bankruptcy Services<br>Po Box 740933<br>Dallas, TX 75374 | Claim 000007, Payment 2.58378% | 7100-000 | | 36.69 | 1,870.88 |
| 12/15/08 | 003009 | Discover Financial Services<br>Post Office Box 8003<br>Hilliard, Ohio 43026 | Claim 000008, Payment 2.58342% | 7100-000 | | 397.27 | 1,473.61 |
| 12/15/08 | 003010 | Citibank/Choice | Claim 000009, Payment 2.58343% | 7100-000 | | 152.45 | 1,321.16 |

FORM 2     Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 04-32785 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | ROBB, RICHARD L | Bank Name: | BANK OF AMERICA, N.A. |
| | ROBB, CHARLENE M | Account Number / CD #: | *******0847 BofA - Checking Account |
| Taxpayer ID No: | *******2787 | | |
| For Period Ending: | 10/28/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/15/08 | 003011 | P O Box 6305<br>The Lakes, NV 88901-6305<br>Citibank N.A. | Claim 000010, Payment 2.58346% | 7100-000 | | 553.86 | 767.30 |
| 12/15/08 | 003012 | Citibank/Choice<br>Exception Payment Processing<br>Po Box 6305<br>The Lakes , NV 88901 - 6305<br>American Express Travel Related Services Co., Inc.<br>c/o Becket and Lee, LLP<br>Attorneys/Agent for Creditor<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Claim 000011, Payment 2.58345% | 7100-000 | | 363.93 | 403.37 |
| 12/15/08 | 003013 | American Express Centurion Bank<br>c/o Becket and Lee, LLP<br>Attorneys/Agent for Creditor<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Claim 000012, Payment 2.58344% | 7100-000 | | 144.34 | 259.03 |
| 12/15/08 | 003014 | MBNA America Bank<br>Post Office Box 15168 MS 1423<br>Wilmington, DE 19850 | Claim 000013, Payment 2.58363% | 7100-000 | | 89.00 | 170.03 |
| 12/15/08 | 003015 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000014, Payment 2.58350% | 7100-000 | | 167.69 | 2.34 |
| 12/15/08 | 003016 | United States Bankruptcy Court | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>FOR FAILURE TO MEET MINIMUM<br>DISBURSEMENT AMOUNT:<br>ITEM #   CLAIM #   DIVIDEND<br>---------   ------------   ----------------<br>1   000001   2.34 | 7100-000 | | 2.34 | 0.00 |

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-32785 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | ROBB, RICHARD L | | Bank Name: | BANK OF AMERICA, N.A. |
| | ROBB, CHARLENE M | | Account Number / CD #: | *******0847 BofA - Checking Account |
| Taxpayer ID No: | *******2787 | | | |
| For Period Ending: | 10/28/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******0847

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 16 Checks | 7,207.55 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | |
| | | | Total | $ 7,207.55 |
| 0 | Adjustments In | 0.00 | | |
| 1 | Transfers In | 7,207.55 | | |
| | Total | $ 7,207.55 | | |

Report Totals

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 2 | Deposits | 41,120.86 | 20 Checks | 41,290.59 |
| 46 | Interest Postings | 169.73 | 0 Adjustments Out | 0.00 |
| | | | 1 Transfers Out | 7,207.55 |
| | Subtotal | $ 41,290.59 | | |
| | | | Total | $ 48,498.14 |
| 0 | Adjustments In | 0.00 | | |
| 1 | Transfers In | 7,207.55 | | |
| | Total | $ 48,498.14 | Net Total Balance | $ 0.00 |